COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 May 28, 2015
 No. 10-14-00280-CV
 TEXAS A&M UNIVERSITY, DAVE PARROTT, AND 
 BRIGADIER GENERAL JOE RAMIREZ
 v.
 GUSTAVO CARAPIA
 
 
 From the 272[nd] District Court
 Brazos County, Texas
 Trial Court No. 14-002220-CV-272
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. Because the Court finds there is error in the trial court's "Order Overruling Plea to Jurisdiction" signed on September 12, 2014, it is the judgment of this Court that the trial court's "Order Overruling Plea to Jurisdiction" is reversed and a judgment is rendered that the claims against Texas A&M University, Dave Parrott, and Brigadier General Joe Ramirez are dismissed with prejudice. 
Because the Court also finds there is error in the trial court's "Order Granting Plaintiff's Request for a Temporary Injunction" signed on September 12, 2014, it is the judgment of this Court that the trial court's "Order Granting Plaintiff's Request for a Temporary Injunction" is void.
It is further ordered that Texas A&M University, Dave Parrott, and Brigadier General Joe Ramirez are awarded judgment against Gustavo Carapia for Texas A&M University's, Dave Parrott's, and Brigadier General Joe Ramirez's appellate costs that were paid, if any, by Texas A&M University, Dave Parrott, and Brigadier General Joe Ramirez.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
 
 By: ___________________________
 Nita Whitener, Deputy Clerk